AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | | |
|---|---|---|
| RHONDA WIER, | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:10-cv-590-LAM-CEG |
| JP MORGAN CHASE BANK, N.A., et al, | ) | |
| *Defendant* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Equifax Information Services LLC

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Richard N. Feferman
> Feferman, Warren & Treinen
> 300 Central Ave. SW, Suite 2000 West
> Albuquerque, NM 87102
> (505) 243-7773

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Monday, June 21, 2010

Maryann Richmann
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:10-cv-590-LAM-CEG

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Equifax Information Services LLC__
was received by me on *(date)* __22 June 2010__

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Juella Montano for Corporation Service Company__ , who is __@ 11:03 Am__
designated by law to accept service of process on behalf of *(name of organization)* __Equifax Information Services LLC__
on *(date)* __22 June 2010__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ __2.60__ for travel and $ __28.75 + 2.32 TAX__ for services, for a total of $ __33.67__

I declare under penalty of perjury that this information is true.

Date: __22 June 2010__

_____
Server's signature

**DONALD E. MURRAY**
Printed name and title

**P.O. BOX 1841
SANTA FE, NM 87504-1841**
_____
Server's address

Additional information regarding attempted service, etc: