AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| RHONDA WIER,<br><br>*Plaintiff*<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A., et al,<br><br>*Defendant* | Civil Action No.  1:10-cv-590-LAM-CEG |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  JP Morgan Chase Bank, N.A.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Richard N. Feferman
> Feferman, Warren & Treinen
> 300 Central Ave. SW, Suite 2000 West
> Albuquerque, NM 87102
> (505) 243-7773

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: Monday, June 21, 2010

Maryann Richmann
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 1:10-cv-590-LAM-CEG

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* JP Morgan Chase Bank, NA.
was received by me on *(date)* 6/25/10 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Kelly Taylor, Authorized Legal Agent , who is
designated by law to accept service of process on behalf of *(name of organization)* JP Morgan Chase Bank NA
@ 201 N. Walnut St, Wilmington DE 1980  on *(date)* 6/25/10 3:08 pm ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/25/10

_____
Server's signature

Daniel Newcomb, Process Server
Printed name and title

Delaware Attorney Service
2000 Pennsylvania Ave #207
Wilmington DE 19806
Server's address

Additional information regarding attempted service, etc: