IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

RHONDA WIER,

    Plaintiff,

v.                                                               CV 10-590 JAP/CG

JP MORGAN CHASE BANK, N.A.,
TRANS UNION L.L.C., and
EQUIFAX INFORMATION SERVICES, L.L.C.,

    Defendants.

## ORDER TO FILE CLOSING DOCUMENTS PER SETTLEMENT

The Court has been notified that the parties reached a negotiated resolution in this matter.

**IT IS HEREBY ORDERED THAT** closing documents must be filed no later than November 5, 2010, absent a request showing good cause for an extension.

_____
CARMEN E. GARZA
UNITED STATES MAGISTRATE JUDGE